Pfeifer, J.,
concurring.
{¶ 41} I concur in the majority decision. Again, the Ohio Consumers’ Counsel (“OCC”) has unsuccessfully challenged the PUCO’s approval of a Straight Fixed Variable rate design. The OCC’s office continues to tilt at windmills, when it could instead be engaging in a practical way to help Ohioans contain their energy costs.
{¶ 42} The OCC could provide great service to Ohio consumers by working with the General Assembly and utilities to create incentives for utilities to enter into long-term contracts with natural-gas providers to take advantage of the current low price of natural gas. As it stands, utilities simply pass on to consumers the price of natural gas, whatever it is. Utilities are not given a real incentive to seek out a long-term, low price. In the end, it is a stable, low natural-gas price that is going to help consumers. Now is the time, while *533 natural-gas prices are at or near historical lows, for the OCC and General Assembly to do useful work for Ohio’s natural-gas consumers.